# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1517
Lower Tribunal No. 17-15305
_____

**A.P.B., the Father,**
Appellant,

vs.

**T.C.-M., the Mother, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

Deborah A. Schroth, (Orange Park), for appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee Guardian ad Litem; Karla Perkins, for appellee Department of Children and Families; Schlesinger Law Group and Michael J. Schlesinger, for appellee T.C.-M., the Mother.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See A.P.B. v. T. C.-M., 315 So. 3d 106 (Fla. 3d DCA 2020).